# United States Court of Appeals
## For the Eighth Circuit

_____

No. 20-1458
_____

Titus Jay Travis

*Plaintiff - Appellant*

v.

Justin Butler, Carthage Police Department

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Western District of Missouri - Springfield

_____

Submitted: June 4, 2021
Filed: June 10, 2021
[Unpublished]

_____

Before COLLOTON, SHEPHERD, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Titus Travis appeals district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Following a careful review, we conclude that the district

_____

[1]The Honorable Beth Phillips, Chief Judge, United States District Court for the Western District of Missouri.

court did not err in granting summary judgment.  See Johnson v. Blaukat, 453 F.3d 1108, 1112 (8th Cir. 2006) (grant of summary judgment is reviewed de novo). Accordingly, we affirm, see 8th Cir. R. 47B, and we deny the parties' pending motions.

_____